UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE,<br>on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>HOP ENERGY, LLC,<br><br>          Defendant. | Case No. 21 Civ. 10406 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Burkett McInturff, Esq. of Wittels McInturff Palikovic hereby appears on behalf of Plaintiff Ryan Melville in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that he is a member of the bar of this Court.

Dated: Armonk, New York
       December 6, 2021

WITTELS MCINTURFF PALIKOVIC

By: /s/ J. Burkett McInturff
J. Burkett McInturff (JM-4564)
18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (910) 476-7253
Facsimile: (914) 273-2563
jbm@wittelslaw.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via ECF this 6th day of December 2021 upon all counsel of record.

/s/ J. Burkett McInturff<br>
J. Burkett McInturff