# EXHIBIT 1

HOP Energy dba DDLC Energy
Customer#: 3416296
Deliveries at HOP Price vs. CT DEEP Survey High Price



| DeliveryDate | HOP Price (cents per gallon) | CT High (cents per gallon) | HOP vs. CT High | % | Gallons Delivered | Ext. HOP Price | Ext. CT High Price |
|---|---|---|---|---|---|---|---|
| 11/23/2019 | 419.9 | 384.9 | 35.0 | 9.1% | 162.4 | $ 681.92 | $ 625.08 |
| 12/30/2019 | 429.9 | 419.9 | 10.0 | 2.4% | 178.8 | $ 768.66 | $ 750.78 |
| 2/6/2020 | 399.9 | 379.9 | 20.0 | 5.3% | 192.6 | $ 770.21 | $ 731.69 |
| 2/28/2020 | 399.9 | 364.9 | 35.0 | 9.6% | 116.3 | $ 465.08 | $ 424.38 |
| 3/26/2020 | 299.9 | 299.0 | 0.9 | 0.3% | 106.9 | $ 320.59 | $ 319.63 |
| 4/23/2020 | 249.9 | 299.9 | (50.0) | -16.7% | 100.0 | $ 249.90 | $ 299.90 |
| 5/27/2020 | 249.9 | 294.0 | (44.1) | -15.0% | 69.0 | $ 172.43 | $ 202.86 |
| 8/11/2020 | 269.9 | 314.9 | (45.0) | -14.3% | 17.3 | $ 46.69 | $ 54.48 |
| 9/28/2020 | 269.9 | 308.9 | (39.0) | -12.6% | 63.5 | $ 171.39 | $ 196.15 |
| 11/10/2020 | 269.9 | 307.9 | (38.0) | -12.3% | 41.8 | $ 112.82 | $ 128.70 |
| 12/9/2020 | 319.9 | 334.9 | (15.0) | -4.5% | 97.2 | $ 310.94 | $ 325.52 |
| 1/4/2021 | 359.9 | 339.9 | 20.0 | 5.9% | 116.3 | $ 418.56 | $ 395.30 |
| 1/23/2021 | 389.9 | 356.9 | 33.0 | 9.2% | 90.8 | $ 354.03 | $ 324.07 |
| 2/16/2021 | 409.9 | 389.9 | 20.0 | 5.1% | 159.7 | $ 654.61 | $ 622.67 |
| 3/9/2021 | 429.9 | 399.9 | 30.0 | 7.5% | 129.3 | $ 555.86 | $ 517.07 |
| Total | 368.7 | 360.5 | 8.2 | 2.3% | 1,641.9 | $ 6,053.70 | $ 5,918.28 |