UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN MELVILLE, *on behalf of himself and all others similarly situated*,

                 Plaintiff,

v.

HOP ENERGY,

                 Defendant.

No. 21-CV-10406 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on March 18, 2022, the Court adopted a briefing schedule for Defendant's upcoming motion to dismiss. Defendant's motion is due by no later than April 18, 2022. Plaintiff's response is due by no later than May 18, 2022. Defendant's reply, if any, is due by no later than June 1, 2022.

    The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    March 18, 2022
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE