

May 30, 2023

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:  *Melville v. HOP Energy, LLC*, No. 21 Civ. 10406 (KMK)

Dear Judge Karas,

On behalf of both Plaintiff and the proposed Class and Defendant HOP Energy, LLC ("HOP"), we write to provide the Court with a revised proposed Case Management and Scheduling Order, which is attached as **Exhibit A**.

By way of background, on April 25, 2023, the parties submitted their initial joint proposed scheduling order. ECF No. 30. On May 9, the Court held a status conference during which Your Honor advised that the Court would address the parties' proposed schedule after ruling on HOP's then-pending discovery motion. On May 11, the Court ruled on HOP's discovery motion. ECF No. 39.

Because the Court's discovery ruling resolved an issue relevant to certain of the dates listed in the parties' original proposed order, and because the parties have completed two of the milestones listed in their original proposal, the parties respectfully request that the Court enter the revised proposed Case Management and Scheduling Order attached as Exhibit A.

Thank you for the Court's consideration of the parties' request.

Respectfully submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

cc:  All counsel of record (via ECF)