UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

RYAN MELVILLE, on behalf of himself and all other Plaintiff,

Case No. 21 Civ. 10406 (KMK)

-against-

HOP ENERGY, LLC,            Defendant.

-----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jonathan Shub
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS8128      My State Bar Number is: 4747739

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: SHUB LAW FIRM LLC
            FIRM ADDRESS: 134 Kings Highway, 2nd Fl, Haddonfield, NJ 08033
            FIRM TELEPHONE NUMBER: (856) 772-7200
            FIRM FAX NUMBER: N/A

NEW FIRM:   FIRM NAME: Shub & Johns LLC
            FIRM ADDRESS: Four Tower Bridge, 200 Barr Harbor Drive, Suite 400 Conshohocken, PA 19428
            FIRM TELEPHONE NUMBER: 610-477-8380
            FIRM FAX NUMBER: N/A

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 13, 2023

_s/ Jonathan Shub_____
ATTORNEY'S SIGNATURE