UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RYAN MELVILLE,
On behalf of himself and all others similarly situated,

                                  Plaintiff,                            21cv10406-KMK-VR

                -against-                               **ORDER**

Hop Energy, LLC,

                                Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On July 7, 2023, Plaintiff filed a letter seeking to strike a vagueness objection lodged by Defendant to various discovery requests, to which Defendant responded on July 14, 2023. (ECF Nos. 49 and 50). On July 18, 2023, the court conducted a telephonic status conference and made rulings on the record. As discussed at the conference:

(1) Defendant must produce all variations of what the parties referred to as "exemplar contracts" that can be located and produced without the use of search terms as soon as possible, but no later than **Wednesday, July 26, 2023**. The production of these "exemplar contracts" shall include all variations of contracts used by customers -- whether or not they include the "concepts" of or use the actual words "Promotional," "First Year Customers," and "Prevailing Retail Price" -- based on Defendant's representation that the volume of such exemplars is small;

(2) The parties must meet and confer regarding search terms for ESI, as well as the location and production of documents that require search terms; and

(3) The parties must submit a joint status letter by Tuesday, August 1, 2023, providing the Court with an update on the status of the production of the exemplar contracts and the negotiations regarding search terms for ESI.

The Clerk of Court is respectfully requested to close ECF No. 49.

      **SO ORDERED.**

DATED:    White Plains, New York
                 July 19, 2023

                                                                  VICTORIA REZNIK
                                                                  United States Magistrate Judge