UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
RYAN MELVILLE, on behalf of himself and all others   :   No. 21-cv-10406 (KMK) (VR)
similarly situated,                                                       :
:
                       Plaintiff,                                    :
:
    v.                                                                  :
:
HOP ENERGY, LLC,                                                :
:
                       Defendant.                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

The motion for an order granting William M. Moran, Pauline McTernan and Otterbourg P.C. leave to withdraw as counsel of record for defendant HOP Energy, LLC ("HOP") in the above-captioned action is hereby GRANTED. William M. Moran, Pauline McTernan and Otterbourg P.C. are hereby granted leave to withdraw as counsel for defendant HOP in this action, their appearances on behalf of defendant HOP in this action are hereby deemed withdrawn, and the Clerk of Court is directed to note on the docket of this action that the representation of defendant HOP by William M. Moran, Pauline McTernan and Otterbourg P.C. is terminated.

Dated: _____, 2023
        White Plains, New York

                                          SO ORDERED:

                                          Hon. Victoria Reznik
                                          United States Magistrate Judge

7581173.1