

**Wittels
McInturff
Palikovic**

January 19, 2024

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:     *Melville v. HOP Energy, LLC*, No. 21 Civ. 10406 (KMK) (VR)

Dear Judge Karas,

The parties jointly write pursuant to Your Honor's Individual Rule of Practice I.C to request an adjournment of the Case Management Conference in the above-captioned action, currently scheduled for February 22, 2024 at 2:00 pm.

On May 30, 2023, the parties submitted their proposed Case Management and Scheduling Order, ECF No. 42–42-1. Under that schedule, fact discovery was scheduled to be completed by January 18, 2024. ECF No. 42-1 ¶ 5. The next day, Your Honor So Ordered the parties' schedule and set the Case Management Conference for February 22, 2024, approximately one month after the completion of fact discovery. ECF No. 43.

On November 3, 2023, the parties requested an extension of the discovery schedule. ECF No. 81. Your Honor revised the parties' proposed schedule on November 6, 2023, with the fact discovery deadline set for April 18, 2024. ECF No. 82.

The Case Management Conference was not rescheduled following the revised discovery schedule. Because the parties are still engaged in discovery, adjourning the Conference correspondingly with the discovery schedule will conserve the Court's and parties' resources while discovery is ongoing. The parties therefore request that the Court adjourn the Case Management Conference to a date approximately one month following the completion of fact discovery, as fits the Court's schedule, to the week of May 20–24, 2024.

No previous request for adjourning the Case Management Conference has been made. All parties consent to the requested adjournment.

Thank you for the Court's consideration of this request.

Granted. The case management conference
is adjourned to 5/ 21 /24, at 3 : 30 via
telephone
So Ordered.

1/22/2024

cc:     All counsel of record (via ECF)

Respectfully submitted,

/s/ Ethan D. Roman
Ethan D. Roman

305 Broadway, Floor 7, NY, NY 10007 | +1 914 775 8862 | edr@wittelslaw.com | www.wittelslaw.com