UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Melville,

                                  Plaintiffs,

          -against-

Hop Energy, LLC,

                                Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:21-cv-10406-KMK-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      CHANGE IN DIAL IN INFORMATION ONLY. PLEASE NOTE NEW DIAL IN INFORMATION. THIS REPLACES THE INFORMATION PROVIDED IN D.E. #104.

      A Status Conference (via telephone) is hereby scheduled **March 6, 2024 at 11:30 AM**. The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID **115 800 026 2** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
              February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge