# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE,<br>on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HOP ENERGY, LLC,<br>　　　　　　　　　Defendant. | Case No.: 21 Civ. 10406 (KMK) (VR) |

**PLAINTIFF'S NOTICE OF RULE 30(b)(6)**
<u>**DEPOSITION  TO DEFENDANT**</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff will take the deposition of Defendant HOP Energy, LLC ("HOP" or "Defendant") on all matters set forth in the annexed Description of Matters for Examination.[1]  The deposition will be recorded by an officer duly qualified to administer oaths and take depositions, recorded by stenographic means and may be recorded by non-stenographic videotape recording, and will be administered electronically via Zoom.  Pursuant to Rules 30(b)(4) and (b)(5) of the Federal Rules of Civil Procedure, the deposition may be taken by remote means, and the deposition officer may appear, swear-in, and conduct the deposition remotely.  Pursuant to Rule 30(b)(6), HOP must confer with Plaintiff regarding the Description of Matters for Examination and designate each person who will testify.  The deposition will take place on a date to be mutually agreed upon by the parties on or before 30 days following receipt of this notice beginning at 9:30 A.M. Eastern Time.  You are invited to attend and cross-examine.

---

[1] Plaintiff reserves the right to withdraw this notice pending a determination by the Court on its forthcoming letter motion to compel this limited Rule 30(b)(6) deposition.  In the event that the Court denies Plaintiff's letter motion, Plaintiff will withdraw this notice and serve a notice with broader topics at a later date.

Dated:  March 21, 2024
       New York, New York      **WITTELS MCINTURFF PALIKOVIC**

                                                       By:   _/s/ J. Burkett McInturff_
                                                       J. Burkett McInturff
                                                       Ethan D. Roman
                                                       Daniel J. Brenner

                                                       305 BROADWAY, 7TH FLOOR
                                                       NEW YORK, NY 10007
                                                       (914) 775-8862
                                                        (914) 775-8862 (fax)
                                                       jbm@wittelslaw.com
                                                       edr@wittelslaw.com
                                                       djb@wittelslaw.com

                                      **SHUB & JOHNS LLC**

                                                       Jonathan Shub
                                                       Four Tower Bridge
                                                       200 Barr Harbor Drive, Suite 400
                                                       West Conshohocken, PA 19428
                                                       jshub@shublawyers.com

                                      *Counsel for Plaintiff and the Proposed Class*

**Description of Matters for Examination Pursuant to Fed. R. Civ. P. 30(b)(6) for Defendant HOP Energy, LLC**

1. The linkage between the heating oil rates reflected in the customer transaction data produced from HOP's ADD Energy E3 Database to the contractual pricing term governing those same transactions, including but not limited to the meaning of the database's fields, the categories of data HOP entered into the aforementioned fields, how the database data is linked to the applicable customer contract, and how HOP determines which contractual heating oil rates are applied to each customer purchase.

2. The manner and methods in which HOP administers and tracks the contractual pricing term governing customer transactions, including but not limited to how that information is maintained within the ADD Energy E3 Database or other location.