UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Melville..,

                          Plaintiffs,         **ORDER RE STATUS CONFERENCE**

      -against-                                   7:21-cv-10406-KMK-VR

Hop Energy LLC,

                        Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled **April 12, 2024 at 12:00 PM** to discuss the discovery issue raised in DE #116. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

     **SO ORDERED.**

DATED:     White Plains, New York
               April 3, 2024

                                                            _____
                                                             VICTORIA REZNIK
                                                              United States Magistrate Judge