Monday, April 29, 2024 at 12:18:41 Mountain Daylight Time

| | |
|---|---|
| **Subject:** | HOP - Defendant's Production |
| **Date:** | Friday, April 19, 2024 at 10:36:22 AM Mountain Daylight Time |
| **From:** | Daniel Brenner |
| **To:** | Wynne, William, McLaughlin, Matthew, Saunders, Kevin |
| **CC:** | Burkett McInturff, Ethan Roman, Jonathan Shub, Samantha E. Holbrook |
| **Attachments:** | image001.png |

Bill,

As you are aware, HOP committed to producing all documents recalled by the parties' agreed-upon search terms by April 12. ECF 117. It is now April 19 and Defendant still has not produced those documents. I have called you several times this week about this issue and you have not returned my calls. Especially given the tight discovery schedule in this case, Plaintiff cannot wait any longer for this production. If Defendant does not produce the documents by the end of the day today, Plaintiff will bring this matter to the court.

Best,
Dan

**Daniel J. Brenner**

WMP | Senior Associate

305 Broadway, 7th Floor | New York, NY 10007
Phone: 914 775 8862 x113 | Fax: 914 775 8862

*Licensed in NY and CO*



The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.