

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604-1792

**Kevin Saunders**
Counsel

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 585.263.1561
F / 866.743.2081
ksaunders@nixonpeabody.com

May 13, 2024

***VIA ECF***

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

      **RE:**    **Melville v. HOP Energy, LLC,**
                **Case No. 21-cv-10406(KMK)(VR)**

Dear Judge Reznik:

      Counsel for Plaintiff and the Proposed Class and Defendant submit this joint status letter in accordance with the Court's May 1, 2024 Order.

      In the April 30, 2024 Joint Letter, Defendant indicated that it had not yet completed production of documents to Plaintiff, but that it would complete its production of documents not captured by its initial privilege review by May 10, 2024. ECF 124. As of May 7, 2024, Defendant has completed the production of all documents not captured by Defendant's initial privilege review. Consistent with the agreement memorialized in the March 22, 2024 Joint Letter, Defendant will reasonably promptly serve a privilege log. ECF 117.

      Thank you for the Court's attention to this matter.

Respectfully submitted,

| **WITTELS MCINTURFF PALIKOVIC** | **NIXON PEABODY LLP** |
|---|---|
| By:   */s/ J. Burkett McInturff* | By:   */s/ Kevin T. Saunders* |
|       J. Burkett McInturff |       Kevin T. Saunders |
|       Ethan D. Roman |       Matthew T. McLaughlin |
|       Daniel J. Brenner | |
| | |
| 305 Broadway, 7th Floor | 1300 Clinton Square |
| New York, NY 10007 | Rochester, NY 14604 |
| Telephone: (914) 775-8862 | Telephone: (585) 263-1000 |
| Facsimile: (914) 775-8862 | Facsimile: (585) 263-1600 |
| jbm@wittelslaw.com | ksaunders@nixonpeabody.com |
| edr@wittelslaw.com | mmclaughlin@nixonpeabody.com |
| djb@wittelslaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |