

**NIXON PEABODY**

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604-1792

**Kevin Saunders**
Counsel

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 585.263.1561
F / 866.743.2081
ksaunders@nixonpeabody.com

May 13, 2024

**MEMO ENDORSED**

*VIA ECF*

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

      **RE:**    **Melville v. HOP Energy, LLC,**
                  **Case No. 21-cv-10406(KMK)(VR)**

Dear Judge Reznik:

      Counsel for Plaintiff and the Proposed Class and Defendant submit this joint status letter in accordance with the Court's May 1, 2024 Order.

      In the April 30, 2024 Joint Letter, Defendant indicated that it had not yet completed production of documents to Plaintiff, but that it would complete its production of documents not captured by its initial privilege review by May 10, 2024.  ECF 124.  As of May 7, 2024, Defendant has completed the production of all documents not captured by Defendant's initial privilege review.  Consistent with the agreement memorialized in the March 22, 2024 Joint Letter, Defendant will reasonably promptly serve a privilege log.  ECF 117.

      Thank you for the Court's attention to this matter.

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:  */s/ J. Burkett McInturff*
      J. Burkett McInturff
      Ethan D. Roman
      Daniel J. Brenner

305 Broadway, 7th Floor
New York, NY 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
jbm@wittelslaw.com
edr@wittelslaw.com
djb@wittelslaw.com

*Attorneys for Plaintiff*

**NIXON PEABODY LLP**

By:  */s/ Kevin T. Saunders*
      Kevin T. Saunders
      Matthew T. McLaughlin

1300 Clinton Square
Rochester, NY 14604
Telephone: (585) 263-1000
Facsimile: (585) 263-1600
ksaunders@nixonpeabody.com
mmclaughlin@nixonpeabody.com

*Attorneys for Defendant*

The parties shall submit another status letter by 6/13/24.

Dated: 5/14/24    SO ORDERED.
                                    Hon. Victoria Reznik, U.S.M.J.