

June 13, 2024

**Via ECF**
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *Melville v. HOP Energy, LLC*, No. 21 Civ. 10406 (KMK) (VR)
      *Mullaney et al v. HOP Energy, LLC*, No. 23 Civ. 7318 (KMK) (VR)

Dear Judge Reznik,

    Counsel for Plaintiffs and the Proposed Classes and Defendant submit this joint status letter in accordance with the Court's May 14 Order.

    On March 22, 2024, the parties agreed that Defendant would produce by April 12 all documents defense counsel had collected to date that were recalled by the parties' agreed-upon search terms, subject to a privilege clawback and subject to an initial privilege screen. March 22, 2024 Jt. Ltr., ECF 117. On May 7, Defendant completed its production of documents not captured by Defendant's initial privilege review.

    On May 31, Defendant advised that its initial privilege review resulted in Defendant withholding approximately 82,100 documents from its productions. Defendant advised Plaintiff that it is conducting a linear manual privilege review of those 82,100 and has made one rolling production of non-privileged documents.

    Plaintiffs asked that Defendant commit to completing its privilege review by a date certain and that Defendant provide the list of search terms used to recall the approximately 82,100 documents withheld in Defendant's initial privilege screen. ECF 129. This afternoon, Defendant responded to Plaintiffs, indicating that it intends to complete its privilege review by July 19 and that it does not intend to disclose the specific search terms used to recall the documents withheld in Defendant's initial privilege screen. Plaintiffs are evaluating their response to Defendant's revelation this afternoon.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

| **WITTELS MCINTURFF PALIKOVIC** | **NIXON PEABODY LLP** |
|---|---|
| By:   */s/ Daniel J. Brenner* | By:   */s/ Matthew T. McLaughlin* |
|         J. Burkett McInturff |         Matthew T. McLaughlin |
|         Ethan D. Roman | |
|         Daniel J. Brenner | Exchange Place |
| | 53 State Street |
| 305 Broadway, 7th Floor | Boston, MA 02109 |
| New York, NY 10007 | (617) 345-1000 |
| (914) 775-8862 | (617) 345-1300 (fax) |
| (914) 775-8862 (fax) | mmclaughlin@nixonpeabody.com |
| jbm@wittelslaw.com | |
| edr@wittelslaw.com | *Attorneys for Defendant* |
| djb@wittelslaw.com | |

**SHUB & JOHNS LLC**
Jonathan Shub
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
jshub@shublawyers.com

*Attorneys for Plaintiffs and the Proposed Classes*