UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOP ENERGY, LLC, <br> Defendant. | Case No.: 21 Civ. 10406 (KMK) (VR) |
| MICHELLE MULLANEY and ROBERT MULLANEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOP ENERGY, LLC, <br> Defendant. | Case No.: 23 Civ. 7318 (KMK) (VR) |

**PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT HOP ENERGY, LLC SHOULD NOT BE HELD IN CIVIL CONTEMPT**

Plaintiffs respectfully request that this Court issue an Order to Show Cause why HOP Energy, LLC should not be held in civil contempt for failing to comply with this Court's Interim Class Counsel Order, dated May 17, 2024. ECF No. 128. HOP Energy, LLC has admittedly violated the Court's Order by intentionally excluding Interim Class Counsel from settlement negotiations over the claims of the above-captioned consolidated case and continues to do so.

In support of this application, Plaintiffs submit the August 1, 2024 Joint Declaration of J. Burkett McInturff and Jonathan Shub and attachments thereto and a memorandum of law in support of this application.

For the reasons set forth in the supporting documents, Plaintiffs respectfully requests that the Court grant its application and enter the Proposed Order to Show Cause.

Dated:  August 1, 2024 	Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:	/s/ J. Burkett McInturff
J. Burkett McInturff (JM-4564)
Ethan D. Roman (ER-5569)
Daniel J. Brenner (No. 5675198)
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
jbm@wittelslaw.com
edr@wittelslaw.com
djb@wittelslaw.com

**SHUB & JOHNS LLC**
Jonathan Shub (JS-8128)
Samantha E. Holbrook*
FOUR TOWER BRIDGE
200 BARR HARBOR DRIVE, SUITE 400
CONSHOHOCKEN, PA 19428
Telephone: (610) 477-8380
jshub@shublawyers.com
sholbrook@shublawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

*Admitted Pro Hac Vice