# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE,<br>on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HOP ENERGY, LLC,<br>　　　　　　　　　　Defendant. | Case No.: 21 Civ. 10406 (KMK) (VR) |
| MICHELLE MULLANEY and ROBERT MULLANEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>HOP ENERGY, LLC,<br>　　　　　　　　　　Defendant. | Case No.: 23 Civ. 7318 (KMK) (VR) |

## [PROPOSED] ORDER TO SHOW CAUSE

Upon the application and supporting papers of Interim Class Counsel for Plaintiffs and the Proposed Classes in the above-captioned consolidated case ("Interim Class Counsel") for an order to show cause why HOP Energy, LLC ("HOP") should not be held in civil contempt, it is hereby ORDERED as follows:

1. HOP shall appear at a hearing on _____, 2024 at _____ before the Honorable Judge Kenneth M. Karas, United States District Judge, Courtroom _____ and show cause why it should not be held in civil contempt for violating the Interim Class Counsel Order, dated May 17, 2024. ECF No. 128.

2.        Opposition papers, if any, shall be filed no later than _____, 2024. Interim Class Counsel shall file their reply by _____, 2024.

3.        If HOP fails to file answering papers and/or appear, the Court may find it in default and enter an appropriate order against it at such time without further notice being given.

Dated:        _____
              White Plains, New York

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE