

# Wittels McInturff Palikovic

August 2, 2024

**<u>Via ECF</u>**
Hon. Victoria Reznik
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:   *Melville v. HOP Energy, LLC*, No. 21 Civ. 10406 (KMK) (VR)
      *Mullaney et al v. HOP Energy, LLC*, No. 23 Civ. 7318 (KMK) (VR)

Dear Judge Reznik,

On behalf of Plaintiffs and the Proposed Classes, Interim Class Counsel respectfully submit this application to seal Plaintiffs' August 2 letter responding to Defendant's July 26 letter-motion, ECF No. 137.

In accordance with Rule V.B of Your Honor's Rules, Plaintiffs are filing an unredacted version of their letter under seal and a public redacted version of the letter contemporaneously with this application to seal.

Pursuant to Rule V.B, the reason for Plaintiffs application to seal is that Plaintiffs' letter cites to information Defendant has marked as Confidential pursuant to the Confidentiality Order entered in this case.  *See* ECF No. 91.

Thank you for the Court's attention to this matter.

Respectfully submitted,

<u>/s/ J. Burkett McInturff</u>
J. Burkett McInturff

cc:   All counsel of record (via ECF)

The Court is in receipt of Plaintiffs' application to seal their letter at ECF No. 137. Defendant is directed to respond to the proposed sealing request by no later than Friday, August 9, 2024.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 08/06/2024