UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOP ENERGY, LLC, <br><br> Defendant. | Civil Case No.: 21 Civ. 10406 (KMK) (VR) |
| MICHELLE MULLANEY and ROBERT MULLANEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOP ENERGY, LLC, <br><br> Defendant. | Civil Case No.: 23 Civ. 7318 (KMK) (VR) |

## DECLARATION OF MATTHEW T. MCLAUGHLIN

I, Matthew T. McLaughlin, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a partner with the law firm of Nixon Peabody LLP. I respectfully submit this declaration in support of Defendant HOP Energy, LLC's ("HOP") Opposition to Plaintiffs' Objections to Judge Reznik's September 18, 2024 Order. I am familiar with the facts and circumstances stated herein based on my personal knowledge.

1

4889-6520-3952.1

2. Attached as Exhibit A hereto is a true and correct copy of the October 16, 2024 Order issued in the case, *Callery v. HOP Energy, LLC*, No. 20-Civ.-3652 (E.D.P.A.) ("Callery").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2024

_____
Matthew T. McLaughlin

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 16, 2024, a copy of the foregoing was served via electronic mail to counsel of record for Plaintiff.

                  */s/ Matthew T. McLaughlin*
                  Matthew T. McLaughlin

Case 7:21-cv-10406-KMK-VR   Document 166   Filed 10/16/24   Page 3 of 3

4889-6520-3952.1