

Nixon Peabody LLP
Exchange Place, 53 State Street
Boston, MA 02109-2835

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Matthew T. McLaughlin**
Partner

T / 617.345.6154
F / 866.440.6480
mmclaughlin@nixonpeabody.com

October 17, 2024

<u>**VIA ECF**</u>

Honorable Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    *Melville v. HOP Energy, LLC*, No. 21-Civ-10406-KMK-VR
            *Mullaney v. HOP Energy, LLC*, No. 23-Civ-7318-KMK-VR

Dear Judge Reznik:

    We represent Defendant HOP Energy, LLC ("HOP") in the above actions and submit this status letter, jointly with counsel for Plaintiffs, in accordance with the Court's September 18, 2024 Opinion and Order (DE # 162) directing the parties to "update the Court within 90 days of this Order on the status of the *Callery* litigation."

    On October 16, 2024, the Court in *Callery* issued the attached Order granting the Motion for Preliminary Approval of Class Action Settlement and Certification of Class for Settlement Purposes.

Respectfully submitted,

| WITTELS MCINTURFF PALIKOVIC | NIXON PEABODY LLP |
|---|---|
| By:   */s/ J. Burkett McInturff* | By:   */s/ Matthew T. McLaughlin* |
|     J. Burkett McInturff |     Matthew T. McLaughlin |
|     Ethan D. Roman | Kevin T. Saunders |
|     Daniel J. Brenner | |
| | Exchange Place |
| 305 Broadway, 7th Floor | 53 State Street |
| New York, NY 10007 | Boston, MA 02109 |
| Telephone: (914) 775-8862 | Telephone: (617) 345-1000 |
| Facsimile: (914) 775-8862 | Facsimile: (617) 345-1300 |
| jbm@wittelslaw.com | mmclaughlin@nixonpeabody.com |
| edr@wittelslaw.com | ksaunders@nixonpeabody.com |
| djb@wittelslaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4890-0034-0977.1

Honorable Victoria Reznik
October 17, 2024
Page 2

Enclosure

cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed electronically with the Court through the Electronic Case Files system on October 17, 2024, will be sent electronically to registered counsel of record as identified on the Notice of Electronic Filing ("NEF").

                                                     */s/* Matthew T. McLaughlin
                                                     Matthew T. McLaughlin