UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MELVILLE, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br> v.<br><br>HOP ENERGY, LLC<br><br>      Defendant. | No. 21-CV-10406 (KMK)<br><br>ORDER |
| MICHELLE MULLANEY, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br> v.<br><br>HOP ENERGY, LLC<br><br>      Defendant. | No. 23-CV-07318 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record during the Court's November 8, 2024 oral argument, Plaintiffs' Objections to Judge Reznik's September 18, 2024 Order are denied.

  The Clerk of Court is respectfully requested to terminate the pending Motions at Dkt. No. 62 (Case No. 23-cv-7318) and Dkt. No. 162 (Case No. 21-cv-10406).

SO ORDERED.

DATED: November 8, 2024
      White Plains, New York

                           KENNETH M. KARAS
                           UNITED STATES DISTRICT JUDGE